```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                         Case No. 2:07-cr-30-FTM-29SPC

EVERETT BRADWELL
_____

## OPINION AND ORDER

This matter is before the Court on a Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #108), filed on December 3, 2008. Deemed included in the Joint Stipulation is defendant's Motion for a Reduction of Sentence pursuant to Amendment 706 of the U.S. Sentencing Guidelines. Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels. Defendant is eligible for a reduction of his term of imprisonment under Amendment 706, and the Court has reviewed the original Presentence Report and the supplemental Memorandum from the U.S. Probation Office. The Court finds the Joint Stipulation to be appropriate under all the circumstances. Therefore, the Joint Stipulation will be granted pursuant to 18 U.S.C. § 3582(c).

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. The Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #108) is deemed to include defendant's Motion for a Reduction of Sentence pursuant to Amendment 706 of the U.S. Sentencing Guidelines.

2. Defendant's Motion for a Reduction of Sentence pursuant to Amendment 706 of the U.S. Sentencing Guidelines is **GRANTED**.

3. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 37 months imprisonment and otherwise leaving all other components of the sentence as originally imposed. This order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.".

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of December, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
AFPD (Geiger)
U.S. Probation
U.S. Marshal